DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

ROBERT E. CROSIER,

Appellant,

v.

PREFERRED SETTLEMENT SERVICES
OF FLORIDA, LLC,

Appellee.

No. 2D2024-2701
_____

December 5, 2025

Appeal from the County Court for Manatee County; Renee Inman, Judge.

Robert E. Crosier, pro se.

Michael Infanti and Adria M. Jensen of Shumaker, Loop & Kendrick, LLP, Sarasota, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.